AO 247 (02/08) Order Regarding Motion for Sentence Reduction

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 8:03CR89 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | USM No: 18444-047 |
| | ) | |
| DEANDRE W. ROBINSON | ) | DEBORAH A. SANWICK |
| Defendant. | ) | Defendant's Attorney |
| Date of previous judgment: 3/14/2007 | ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed on Count I of the Indictment based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment on Count I of the Indictment (as reflected in the last judgment issued) of 60 months is reduced to 39 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 29         Amended Offense Level: 27
Criminal History Category: II       Criminal History Category: II
Previous Guideline Range: 97 to 121 months    Amended Guideline Range: 78 to 97 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

[ ] The reduced sentence is within the amended guideline range.

[✓] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[ ] Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated March 14, 2007 shall remain in effect, including the consecutive sentence of 30 months imposed on Count 3 of the Indictment.
**IT IS SO ORDERED.**

Dated this 9th day of July, 2008
Effective Date: Wednesday, July 23, 2008

s/ Laurie Smith Camp
United States District Judge